UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X   06 CV 0782 (NG) (CLP)

PAUL S. COKE,

                    **Petitioner,**

    -against-                                              **ORDER**

**UNITED STATES OF AMERICA,**

                    **Respondent.**

----------------------------------------------------------------X

**GERSHON, United States District Judge:**

       For the reasons set forth on the record on March 6, 2006, the joint motion of petitioner and respondent to vacate the sentence imposed by this court on May 10, 2005, following petitioner's conviction under 8 U.S.C. § 1326(a) and (b)(2), is granted. (Petitioner pleaded guilty to a superseding information in docket number 04 CR 1052 and was sentenced by this court on March 6, 2006.)

       The Clerk of Court is directed to enter judgment for petitioner and to close this case.

                                                      **SO ORDERED.**

                                                  /S/
                                      **NINA GERSHON**
                                      **United States District Judge**

Dated: Brooklyn, New York
       March 10, 2006